# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, | Case No. 2:16-cv-01221-MMD-NJK |
| Plaintiff(s), | |
| vs. | ORDER DENYING STIPULATION TO EXTEND |
| KIA MOTORS AMERICA INC., et al., | |
| Defendant(s). | (Docket No. 13) |

Pending before the Court is a stipulation to extend the deadline to file a response to Plaintiff's complaint. Docket No. 13. Stipulations for extensions must "state the reasons for the extension requested." LR 6-1(a). The pending stipulation provides no reason whatsoever for the requested extension. Accordingly, it is hereby **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: July 20, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge