Berna L. Rhodes-Ford (Bar #7879)
Rhodes-Ford & Associates, P.C.
8485 W. Sunset Road, Suite 106
Las Vegas, NV 89113
(702) 684 - 6262
berna@rhodesford.com

Garret A. Leach, P.C., *pro hac vice*
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862 - 2000
gleach@kirkland.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, an Illinois Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br>KIA MOTORS AMERICA, INC., a California corporation, and KIA MOTORS CORPORATION, a foreign corporation<br><br>Defendants. | Case No. 2:16-cv-01221-MMD-NJK<br><br>**JOINT STIPULATION TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA** |

Pursuant to 28 U.S.C. § 1404, the Parties hereby file this Stipulation to Transfer Venue to the United States District Court for the Central District of California. Plaintiff Allstate Insurance Company, an Illinois Insurance Company ("Allstate"), and Defendants Kia Motors America, Inc., a California Corporation, and Kia Motors Corporation, a foreign corporation (collectively, the "Defendants"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on June 2, 2016, Allstate filed its Complaint in this District. There is no dispute between the parties that venue is proper in this District pursuant to 28 U.S.C. §1391.

WHEREAS, Defendants filed a Motion to Transfer Venue to the Central District of California, together with a Memorandum of Points and Authorities in Support Thereof, on August 1, 2016;

WHEREAS, Allstate currently must respond to Defendants' Motion on or before August 15, 2016;

WHEREAS, the Parties have engaged in positive negotiations on the issue of transfer and have reached agreement that the case should be transferred to the Central District of California;

WHEREAS, in the interest of judicial efficiency, and with a desire to not overly burden the courts or the Parties with extensive briefings and/or hearings on this issue, Allstate has agreed to stipulate to Defendants' Motion to Transfer Venue to the Central District of California;

WHEREAS, as part of this Stipulation, Defendants have agreed to not move to dismiss defendant Kia Motors Corporation on the grounds that the Central District of California lacks personal jurisdiction during the course of this action;

WHEREAS, transfer of this matter is controlled by 28 U.S.C. § 1404, which provides:

> For the convenience of the parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where

it might have been brought or to any district or division to which all parties have consented.

WHEREAS, as thoroughly discussed by Defendants in the Memorandum of Points and Authorities in support of their Motion to Transfer Venue, this action could have been brought in the Central District of California;

NOW, THEREFORE, in consideration of the foregoing, Allstate and Defendants agree and hereby stipulate, through their respective counsel of record, to:

Transfer this action to the United States District Court for the Central District of California and request that this action be transferred accordingly.

Dated: August 12, 2016         /s/ Berna L. Rhodes-Ford

Berna L. Rhodes-Ford (Nevada Bar Number 7879)
Rhodes-Ford & Associates, P.C.
8485 W. Sunset Road, Suite 106
Las Vegas, NV 89113
Telephone: (702) 684-6262
berna@rhodesford.com

Garret A. Leach, P.C., *pro hac vice*
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862 - 2000
gleach@kirkland.com

Dated: August 12, 2016         /s/ D. Lee Roberts Jr.

D. Lee Roberts Jr. (Nevada Bar Number 8877)
Timothy A. Mott (Nevada Bar Number 12828)
Weinberg, Wheeler, Hudgins Gunn & Dial, LLC
6385 South Rainbow Boulevard, Suite 400
Las Vegas, NV 89118
Telephone: (702) 938-3809
Facsimile: (702) 938-3864

Kevin J. Minnick, *pro hac vice*
Lance A. Etcheverry, *pro hac vice*
Skadden, Arps, Slate, Meagher & Flom LLP
300 S Grand Avenue
Suite 3400
Los Angeles, CA 90071-3144
213-687 5000

# **ORDER**

Based on the stipulation of the parties, it is hereby ORDERED that Defendants' motion is GRANTED and the action is ordered transferred to the United States District Court for the Central District of California to be reassigned to a judge in the Central District for all purposes.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: August 15, 2016.

Submitted by:

/s/ Berna L. Rhodes-Ford_____
Berna L. Rhodes-Ford (Nevada Bar Number 7879)
Rhodes-Ford & Associates, P.C.
8485 W. Sunset Road, Suite 106
Las Vegas, NV 89113
Telephone: (702) 684-6262
berna@rhodesford.com

Garret A. Leach, P.C., *pro hac vice*
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862 - 2000
gleach@kirkland.com

*Attorneys for Plaintiff*
*Allstate Insurance Company*