# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, an Illinois Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br>KIA MOTORS AMERICA, INC., a California corporation, and KIA MOTORS CORPORATION, foreign corporation,<br><br>Defendants. | CASE NO.: 2:16-CV-06108-SJO-AGR<br><br>**JUDGMENT**<br><br>Hon. S. James Otero<br>Courtroom: 10C |

On December 22, 2017, this Court issued its Findings of Fact and Conclusions of Law in *Allstate Insurance Company v. Kia Motors America, Inc., et. al.*, No. 2:16-cv-06108-SJO-AGR (C.D. Cal.). (ECF No. 218). This Court found in favor of Kia Motors America, Inc. and Kia Motors Corporation (together, "Kia") and against Allstate Insurance Company ("Allstate"), and denied Allstate's request for a permanent injunction. (ECF No. 218 at 23.) In so doing, the Court denied Allstate all the relief it sought in this action.

In accordance with and based on the Findings of Fact and Conclusions of Law,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Kia, that Allstate take nothing from Kia, that the action be dismissed with prejudice on the merits, and that Kia recover its costs.

**IT IS SO ORDERED**

DATED: February 2, 2018

Hon. S. James Otero
United States District Judge